1 LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
2 633 West Fifth Street, 28th Floor
Los Angeles, California 90071
3 Telephone: (213) 624-2900
Facsimile: (213) 624-2901
4 Email: cjg@christiangarris.com

5 Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA CARRIER, an individual, | Case No. CV17-00956-FMO(FFMx) |
| Plaintiff, | **ORDER ON STIPULATION [30] RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY and DOES 1-10, inclusive, | Judge:  Hon. Fernando M. Olguin  Ctrm.:  6D (First Street) |
| Defendants. | |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 9, 2017          By:_____/s/_____

                                 Hon. Fernando M. Olguin

                                 United States District Judge

**Order**